IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CARL OJALA,<br><br>Defendant and Judgment Debtor. | Case No.: 1:19-MC-00079-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT (RETIREMENT ACCOUNTS)**<br><br>**ORDER DIRECTING CLERK TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS MATTER** |
| DELAWARE CHARTER GUARANTEE & TRUST COMPANY DBA PRINCIPAL TRUST COMPANY AND PRINCIPAL LIFE INSURANCE,<br>(and its Successors and Assignees)<br><br>Garnishee. | Criminal Case No.: 1:16-CR-00197-LJO |

The Court, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment (Retirement Accounts), and good cause appearing therefore, hereby recommends a final order of garnishment be granted.

Accordingly, IT IS RECOMMENDED that:

1. The United States' Request for Findings and Recommendations for Final Order of Garnishment be GRANTED;

2. Garnishee Delaware Charter Guarantee & Trust Company be directed to pay the Clerk of the United States District Court $8,062.50 ($6,450.00 to satisfy the judgment in full and $1,612.50 for

FINDINGS AND RECOMMENDATIONS 1

mandatory withholding for taxes) of the funds in the accounts held by Garnishee in which John Carl Ojala has an interest within fifteen (15) days of the filing of the Final Order;

    3.    Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:16-CR-00197-LJO) shall be stated on the payment instrument;

    4.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

    5.    This garnishment shall be terminate when the payment is deposited with the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed with the court and served on all parties within fourteen days after service of the objections. E.D. Cal. L.R. 304(d). Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

The Clerk is directed to randomly assign a District Judge to this matter.

IT IS SO ORDERED.

Dated:   **November 4, 2019**          /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE